EDWARD H. KELLY, Respondent, *v.* JOHN T. DELANEY, Appellant.

*Kelly* v. *Delaney*, 136 App. Div. 604, affirmed.
(Argued May 14, 1912; decided June 4, 1912.)

APPEAL from a judgment, entered February 15, 1910, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff, unless plaintiff consented to a reduction of the same, and granting a new trial, in an action to recover damages alleged to have been occasioned plaintiff by defendant's false representations.

*Michael J. Sweeney* for appellant.

*John Thomas Smith* and *Edward H. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.